UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


ELLIS BROWN                                        PETITIONER

VS.                        CIVIL ACTION NO.: 3:24-cv-504-TSL-MTP

WARDEN B. WINGFIELD, FBOP,
YAZOO CITY, FCI                                    RESPONDENT

ORDER

     This cause came on this date to be heard upon the June 3,
2025 report and recommendation of United States Magistrate Judge
Michael T. Parker, and the court, having fully reviewed the
report and recommendation, and no objection having been filed
and being duly advised in the premises, finds that said report
and recommendation should be adopted as the opinion of this
court.

     IT IS, THEREFORE, ORDERED that the report and
recommendation of United States Magistrate Judge Michael T.
Parker entered in this cause on June 3, 2025, is hereby adopted
as the opinion of this court.  Accordingly, it is ordered that
the petition for writ of habeas corpus, filed pursuant to §
2241, is hereby denied and this matter is dismissed without
prejudice.

     SO ORDERED this the 16th day of June, 2025.


                         /s/ Tom S. Lee
                         UNITED STATES DISTRICT JUDGE

1